# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Bernardo Rivera-Lara** <br> YOB: 1967; Citizen of Mexico | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **22-00553MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about September 18, 2022, at or near Cowlic, in the District of Arizona, **Bernardo Rivera-Lara**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 6, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

<u>Count 2</u>: On or about September 16, 2022, at or near Lukeville, in District of Arizona, **Bernardo Rivera-Lara**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Bernardo Rivera-Lara** is a citizen of Mexico. On August 6, 2019, **Bernardo Rivera-Lara** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 18, 2022, agents found **Bernardo Rivera-Lara** in the United States at or near Cowlic, Arizona without the proper immigration documents. **Bernardo Rivera-Lara** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Bernardo Rivera-Lara** admitted to illegally entering the United States of America from Mexico on or about September 16, 2022, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| *DETENTION REQUESTED* <br> *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* <br> ALD/AJC <br> AUTHORIZED AUSA /s/Ann DeMarais | SIGNATURE OF COMPLAINANT (official title) <br><br> OFFICIAL TITLE <br> Andrew J. Carpenter <br> Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> September 20, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54